

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Linda Dooley, Appellant

No. 06-20-00052-CR     v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 19F1340-202). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter,* participating. *Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Dooley was convicted pursuant to Section 20A.02(a)(7) of the Texas Penal Code, not Section 20A.02(a)(8). As modified, the judgment of the trial court is affirmed.

We note that the appellant, Linda Dooley, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 20, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk